**ANDERSON BANTA CLARKSON PLLC**

48 NORTH MACDONALD

MESA, ARIZONA  85201

TELEPHONE (480) 788-3053

Adam C. Anderson/024314

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PRESCOTT DIVISION

| | |
|---|---|
| LEE WARD,<br><br>      Plaintiff,<br><br>vs.<br><br>HP SEARS,<br><br>      Defendant, | Case No.:<br><br>**COMPLAINT AND JURY DEMAND** |

NOW COMES the plaintiff, LEE WARD, by and through his attorneys, ANDERSON BANTA CLARKSON, PLLC, and for his Complaint against the defendant, HP SEARS, the plaintiff states as follows:

**I.      PRELIMINARY STATEMENT**

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

1

## II.   JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

## III.   PARTIES

4. LEE WARD, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Kingman, County of Mohave, State of Arizona.

5. The debt that Plaintiff was allegedly obligated to pay was a debt allegedly originally owed by Plaintiff to Thomas Refuse Service (hereinafter, "the Debt").

6. The Debt was incurred for household expenditure.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. HP SEARS, (hereinafter, "DEFENDANT") is a business entity engaged in the collection of debt within the State of Arizona.  Defendant's principal place of business is located in the State of California.

9. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

10. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

11. During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

12. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

13. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### IV. ALLEGATIONS

14. In or around April 2016, Defendant sent Plaintiff a correspondence in an attempt to collect the Debt from Plaintiff.

15. Upon information and belief, the Debt was incurred by Plaintiff's father.

16. Plaintiff's father, Clarence Ward, Jr., passed away on June 14, 2015.

17. Prior to his death, Plaintiff's father resided at 21622 Marguerite Parkway, Mission Viejo, California.

18. Plaintiff did not reside with his father at the aforesaid residential address.

19. Plaintiff did not incur the Debt.

20. Plaintiff did not owe the Debt.

21. Plaintiff is not jointly responsible for payment of the Debt.

22. Notwithstanding the fact that Plaintiff did not owe the Debt, Defendant has made repeated attempts to collect the Debt from Plaintiff.

23. Defendant's representations, in its correspondence to Plaintiff, that Plaintiff owed the Debt were false, deceptive and misleading given that Plaintiff did not owe the Debt.

24. Defendant's representations, in its correspondence to Plaintiff, that Plaintiff owed the Debt, misrepresented the character, amount, and/or legal status of the Debt given that Plaintiff was not responsible for the Debt, did not incur the Debt, and did not owe the Debt.

25. Defendant has reported the Debt to one or more "consumer reporting agency" as that term is defined by §1681a(f) of the Fair Credit Reporting Act, (hereinafter, FCRA). 15 U.S.C. §1681 *et seq.*

26. Defendant has reported false and erroneous information to the credit reporting agencies regarding the Debt.

27. In its attempts to collect the debt allegedly owed by Plaintiff to Thomas Refuse Service, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

a. Used false, deceptive, misleading and unfair or unconscionable means to collect or attempt to collect an alleged debt in violation of 15 U.S.C. §1692e;

b. Falsely represented the character, amount, or legal status of any debt in violation of 15 U.S.C. §1692e(2)(A);

c. Communicated or threatened to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed in violation of 15 U.S.C. §1692e(8);

d. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning the consumer in violation of 15 U.S.C. §1692e(10);

e. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

28. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

## V. JURY DEMAND

29. Plaintiff hereby demands a trial by jury on all issues so triable.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, LEE WARD, by and through his attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ANDERSON BANTA CLARKSON PLLC**

By     /s Adam C. Anderson

    Adam C. Anderson

    48 North MacDonald Street

    Mesa, AZ  85201

    Attorney for Plaintiff