**ANDERSON BANTA CLARKSON PLLC**

48 NORTH MACDONALD

MESA, ARIZONA  85201

TELEPHONE (480) 788-3053

Adam C. Anderson/024314

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PRESCOTT DIVISION

| | |
|---|---|
| LEE WARD,<br><br>    Plaintiff,<br><br>vs.<br><br>HP SEARS,<br><br>    Defendant, | CV-16-08121-PCT-JZB |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, LEE WARD, by and through his attorneys, ANDERSON BANTA CLARKSON PLLC. and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**ANDERSON BANTA CLARKSON PLLC**

By  /s Adam C. Anderson
 Adam C. Anderson
 48 North MacDonald Street
 Mesa, AZ  85201
 Attorney for Plaintiff